CENTER FOR DISABILITY ACCESS
Amanda Seabock, Esq., SBN 289900
Prathima Price, Esq., SBN 321378
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com

Attorneys for Plaintiff, ANDRES GOMEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES GOMEZ, | ) Case No.: 4:22-cv-01792-YGR |
| Plaintiff, | ) |
| | ) **NOTICE OF SETTLEMENT AND** |
| v. | ) **REQUEST TO VACATE ALL** |
| | ) **CURRENTLY SET DATES** |
| ARTISAN WINES OF CALIFORNIA, LLC, | ) |
| a California Limited Liability Company, | ) |
| dba La Rochelle Winery, | ) |
| Defendants, | ) |

The plaintiff hereby notifies the court that a provisional settlement has been reached in the above-captioned case. The Parties would like to avoid any additional expense while they focus efforts on finalizing the terms of the settlement and reducing it to a writing. The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the settlement will be consummated within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal with prejudice as to all parties to be filed.

CENTER FOR DISABILITY ACCESS

Dated: August 03, 2022          /s/ Amanda Seabock
                               Amanda Seabock
                               Attorney for Plaintiff